ESTELLE WEILL, Respondent, *v.* LEON WEILL, Appellant.

Submitted May 31, 1955; decided June 2, 1955.

*David J. Colton* and *Spencer Pinkham* for motion.

*Herbert M. Fern* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.